UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SOLIS<br><br>            Plaintiff,<br><br>    v.<br><br>CONWAY FREIGHT, INC., AND DOES 1 THROUGH 50, INCLUSIVE.<br><br>            Defendants. | Case No. 2:15-cv-01533 JAK (AGRx)<br><br>**ORDER GRANTING STIPULATION LIMITING PLAINTIFF'S MAXIMUM RECOVERY AND TO REMAND TO STATE COURT** <mark>JS-6</mark><br><br>Judge   : Hon. John A. Kronstadt<br>Crtrm. : 750 - 7th Flr. |

1  Pursuant to the Stipulation To Limit Plaintiff's Maximum Recovery And To
2  Remand To State Court filed on April 16, 2015, by Plaintiff Steve Solis ("Plaintiff") and
3  Defendant Con-way Freight Inc., ("Defendant") (collectively the "Parties"), and good
4  cause appearing, the Court hereby ORDERS as follows:

5  1.  This action shall be remanded to the Superior Court for the State of
6  California, County of Los Angeles, where the parties stipulate and agree that the
7  Plaintiff's maximum total recovery will be limited to $74,999.99 or less.

8  2.  Plaintiff will not recover, or seek to recover, damages (inclusive of all
9  damages, including, but not limited to compensatory damages, punitive damages,
10 penalties provided by statute, code, state or federal law, interest, and attorneys' fees) in
11 excess of $74,999.99.  If Plaintiff is awarded damages (inclusive of all damages,
12 including, but not limited to compensatory damages, punitive damages, penalties
13 provided by statute, code, state or federal law, interest, and attorneys' fees) in excess of
14 $74,999.99, the judgment for Plaintiff shall be limited to $74,999.99.

15 3.  Plaintiff represents that all claims he has against Defendant have been
16 brought.  Plaintiff will not, under any circumstances, recover an amount exceeding
17 $74,999.99 in this action.  The limitation on Plaintiff's maximum recovery in this action
18 shall not be set aside for any reason, including without limitation, additional facts that
19 may be uncovered during discovery.

20 4.  The maximum recovery for Plaintiff in this action of $74,999.99 shall
21 include the total recovery against all Defendants currently named in the Complaint,
22 including any Doe Defendants or any Defendants that Plaintiff may seek to add to the
23 Complaint in the future.

24
25  / / /
26  / / /
27  / / /
28

1      5. Upon remand, the parties shall file in the Los Angeles County Superior Court the Exhibit A attached to the Stipulation To Limit Plaintiff's Maximum Recovery And To Remand To State Court filed on April 16, 2015.

**IT IS SO ORDERED.**

DATED: April 20, 2015

By: _____
John A. Kronstadt
United States District Court Judge